■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COMPTON KING, Appellant. [709 NYS2d 402] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered April 14, 1997, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the lineup procedure was not unduly suggestive (*see, People v Chipp,* 75 NY2d 327, *cert denied* 498 US 833; *People v Gelzer,* 224 AD2d 443).

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Sullivan, Altman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN ALPHONSE LAMBERT, Appellant. [708 NYS2d 887] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Griffin, J.), rendered June 12, 1997, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to disprove his justification defense by legally sufficient evidence is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Hayes,* 248 AD2d 635). In any event, the jury's finding that the defendant's conduct was not justified is supported by legally sufficient evidence (*see, People v Contes,* 60 NY2d 620). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. O'Brien, J. P., Santucci, Thompson and Feuerstein, JJ., concur.